# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - REOPENING/CLOSING**   JS-6



Case No. CV 13-5061-PSG (SHx)   Date 6/18/15

Title: Gloria Basaraba v. Robert Greenberg et al

Present: The Honorable Philip S. Gutierrez, U.S. District Judge

| Wendy Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                  Not Present

===============================================================================

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated  11/10/15 (#56, 57, 59) .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Relief clerk should have closed case after the Motion hearing.

☐ Entered _____.

Initials of Preparer   wh