# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### AMENDED
## CIVIL MINUTES -REOPENING/CLOSING

JS-6



Case No. CV 13-5061-PSG (SHx)          Date 6/18/15

Title: Gloria Basaraba v. Robert Greenberg et al

Present: The Honorable Philip S. Gutierrez, U.S. District Judge

|  Wendy Hernandez  |  Not Reported  |  N/A  |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

Not Present                                    Not Present

==================================================================

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated _____11/10/14 (#56, 57, 59)_____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days.
   Make JS-6.

☒ Other Relief clerk should have closed case after the Motion hearing.

☐ Entered _____.

Initials of Preparer _____wh_____